# United States Court of Appeals
## For the First Circuit

No. 15-1219

VALERIE BEZDEK, individually and on behalf of all others similarly situated; BRIAN DEFALCO

Plaintiffs - Appellees

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC

Defendants - Appellees

MADELINE MONTI CAIN; JUSTIN FERENCE; MICHAEL NARKIN

Interested Parties - Appellants

## ORDER OF COURT

Entered: March 24, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon filing a notice of appeal, the appellants are required to pay the filing fee to the clerk of the district court in accordance with Fed. R. App. P. 3(e). Appellants are presently in default as to this filing. If appellants are indigent and unable to pay the fee, appellants may file a motion for leave to proceed in forma pauperis ("IFP") in the district court pursuant to Fed. R. App. P. 24. A compliant request for IFP status consists of a motion, fully completed Form 4, Financial Affidavit, and prison trust account statement, if incarcerated.

Unless this court is provided with notice of paying the filing fee to the clerk of the district court, or filing a motion seeking in forma pauperis status in the district court by **April 7, 2015**, this appeal will be dismissed for lack of prosecution.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David C. Aisenberg
Daryl DeValerio Andrews
Christopher Todd Cain
Glen DeValerio
Jayne A. Goldstein
Christopher Michael Morrison
Michael Narkin
Nathaniel L. Orenstein
Janine Lee Pollack
Jonathon Henry Roth
Joseph B. Sconyers
Bryan A. Wood