# United States Court of Appeals
## For the First Circuit

No. 15-1219

VALERIE BEZDEK, individually and on behalf of all others similarly situated

Plaintiff - Appellee

v.

VIBRAM USA, INC.; VIBRAM FIVEFINGERS, LLC

Defendants - Appellees

MADELINE MONTI CAIN; JUSTIN FERENCE; MICHAEL NARKIN

Interested Parties - Appellants

### ORDER OF COURT

Entered: May 8, 2015
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file a brief and appendix. It is ordered that if a brief and appendix are not filed on or before **May 22, 2015**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David C. Aisenberg
Daryl DeValerio Andrews
Christopher Todd Cain
Glen DeValerio
Jayne A. Goldstein
Christopher Michael Morrison
Michael Narkin
Nathaniel L. Orenstein

Janine Lee Pollack
Jonathon Henry Roth
Joseph B. Sconyers
Bryan A. Wood